**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Herbert Stokes Jr. | Social Security number or ITIN  xxx–xx–4617 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Deborah M. Stokes | Social Security number or ITIN  xxx–xx–3429 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   14–30115–ABA

# Order of Discharge                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Herbert Stokes Jr.                          Deborah M. Stokes

10/16/18                                    **By the court:** Andrew B. Altenburg Jr.
                                                             United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                             United States Bankruptcy Court
                                  District of New Jersey
In re:                                                                       Case No. 14-30115-ABA
Herbert Stokes, Jr.                                                          Chapter 13
Deborah M. Stokes
        Debtors
                                   CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                 Page 1 of 2              Date Rcvd: Oct 16, 2018
                               Form ID: 3180W              Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2018.
db             #+Herbert Stokes, Jr.,    1112 Tamarind Place,    Williamstown, NJ 08094-3884
jdb            #+Deborah M. Stokes,    1112 Tamarind Place,    Williamstown, NJ 08094-3884
aty             +James Patrick Shay,    Phelan Hallinan Diamond Jones, LLP,    1617 JFK Blvd.,    One Penn Center,
                  Suite #1400,    Philadelphia, PA 19103-1814
515208285       +ACAR Leasing LTD,    d/b/a GM Financial Leasing,    PO Box 183692,    Arlington, TX 76096-3692
515083980        Advocare Surg Spec Burl Cty,    PO Box 3001,    Voorhees, NJ 08043-0598
515292793        Apex Asset Management, LLC,    PO Box 5407,    Lancaster, PA 17606-5407
515294846       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
515083987       +Capital One/Kohl's,    c/o J C Christensen & Associates Inc,    PO Box 519,
                  Sauk Rapids, MN 56379-0519
515083988       +Cavalry Spv I LLC,    c/o Schachter Portnoy,    3490 Route 1   Ste 6,    Princeton, NJ 08540-5920
515083991       +Financial Recoveries,    200 E. Park Drive  Ste 100,    Mount Laurel, NJ 08054-1297
515083993        GM Financial Leasing,    75 Remittance Drive  Ste 1738,    Chicago, IL 60675-1738
515083994        Hann Financial Service Corp,    c/o Susquehanna Bank,    PO Box 924912,
                  Philadelphia, PA 19182-4912
516552281        LSF9 Master Participation Trust,    KML Law Group PC,    Sentry Office Plaza,
                  216 Haddon Avenue, Suite 206,    Westmont, NJ 08108
515945714       +LSF9 Master Participation Trust,    Kivitz, McKeever, Lee, P.C.,    701 Market Street, Suite 5000,
                  Philadelphia, PA 19106-1541
515083996        Monroe Municipal Utilities Authority,    372 South Main Street,    Williamstown, NJ 08094-1727
515083997       +South Jersey Gas,    Attn: Mrs. Flemming,    PO Box 577,    Hammonton, NJ 08037-0577
515084000       +Tek Collect Inc,    871 Park Street,    Columbus, OH 43215-1441
515084002        Virtua Health,    PO Box 8500-7542,    Philadelphia, PA 19178-7542
515084003        Virtua Health Systems,    c/o Apex Asset Management LLC,    PO Box 5407,
                  Lancaster, PA 17606-5407

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 17 2018 00:37:13      U.S. Attorney,   970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 17 2018 00:37:11      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
515188452        EDI: AIS.COM Oct 17 2018 04:03:00      American InfoSource LP as agent for,   Verizon,
                  PO Box 248838,    Oklahoma City, OK  73124-8838
515083981       +E-mail/Text: bankruptcy@pepcoholdings.com Oct 17 2018 00:36:44      Atlantic City Electric,
                  PO Box 13610,    Philadelphia, PA 19101-3610
515167438        E-mail/Text: bankruptcy@pepcoholdings.com Oct 17 2018 00:36:44
                  Atlantic City Electric Company,    Pepco Holdings, Inc.,    Bankruptcy Div., Mail Stop 84CP42,
                  5 Collins Drive, Suite 2133,    Carneys Point, NJ 08069-3600
515083982        EDI: BANKAMER.COM Oct 17 2018 04:03:00      Bank of America,   PO Box 15019,
                  Wilmington, DE 19886-5019
515083983        EDI: HFC.COM Oct 17 2018 04:03:00      Beneficfial,   PO Box 5233,    Carol Stream, IL 60197-5233
515083984        EDI: HFC.COM Oct 17 2018 04:03:00      Best Buy,   Retail Services,    PO Box 15521,
                  Wilmington, DE 19850-5521
515083985        EDI: CAPITALONE.COM Oct 17 2018 04:03:00      Cap One,   PO Box 85520,    Richmond, VA 23285
515083986        EDI: CAPITALONE.COM Oct 17 2018 04:03:00      Capital One Bank,   PO Box 70884,
                  Charlotte, NC 28272-0884
515307999        EDI: BL-BECKET.COM Oct 17 2018 04:03:00      Capital One, N.A.,   c o Becket and Lee LLP,
                  POB 3001,    Malvern, PA 19355-0701
515161676       +E-mail/Text: bankruptcy@cavps.com Oct 17 2018 00:37:29      Cavalry SPV I, LLC,
                  500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
515083989        E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Oct 17 2018 00:37:38      Comcast,
                  PO Box 3006,    Southeastern, PA 19398-3006
515083990        EDI: RCSFNBMARIN.COM Oct 17 2018 04:03:00      Credit One Bank,   PO Box 60500,
                  City Of Industry, CA 91716-0500
515083992        EDI: RMSC.COM Oct 17 2018 04:03:00      GE Capital Retail Bank,   PO Box 960061,
                  Orlando, FL 32896-0061
515112383       +E-mail/Text: hannlegal@hannfinancial.com Oct 17 2018 00:36:40      Hann Financial Service Corp.,
                  One Centre Drive,    Jamesburg, NJ 08831-1564
515083995       +EDI: IIC9.COM Oct 17 2018 04:03:00      IC Systems Inc,   PO Box 64378,
                  Saint Paul, MN 55164-0378
515257933        EDI: JEFFERSONCAP.COM Oct 17 2018 04:03:00      Jefferson Capital Systems LLC,    Po Box 7999,
                  Saint Cloud Mn 56302-9617
515298696        EDI: RESURGENT.COM Oct 17 2018 04:03:00      LVNV Funding, LLC its successors and assigns as,
                  assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
                  Greenville, SC 29603-0587
515299411        EDI: PRA.COM Oct 17 2018 04:03:00      Portfolio Recovery Associates, LLC,
                  c/o Capital One/Hsbc,    POB 41067,   Norfolk VA 23541
515288815        EDI: PRA.COM Oct 17 2018 04:03:00      Portfolio Recovery Associates, LLC,    c/o Car Care One,
                  POB 41067,    Norfolk VA 23541
515083998        EDI: RMSC.COM Oct 17 2018 04:03:00      Synchrony Bank,   PO Box 960061,
                  Orlando, FL 32896-0061
```

```
District/off: 0312-1          User: admin              Page 2 of 2                  Date Rcvd: Oct 16, 2018
                              Form ID: 3180W           Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
515084001       EDI: VERIZONCOMB.COM Oct 17 2018 04:03:00    Verizon Wireless,   PO Box 25505,
                 Lehigh Valley, PA 18002-5505
515154241       EDI: WFFC.COM Oct 17 2018 04:03:00    Wells Fargo Bank, N.A.,   PO Box 10438,
                 Des Moines, IA 50306-0438
515084004       EDI: WFFC.COM Oct 17 2018 04:03:00    Wells Fargo Financial Cards,   PO Box 660041,
                 Dallas, TX 75266-0041
                                                                                             TOTAL: 25

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Hann Financial Service Corp.
515083999*      Synchrony Bank,   PO Box 960061,   Orlando, FL 32896-0061
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2018 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    LSF9 Master Participation Trust
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Eric  Clayman    on behalf of Debtor Herbert  Stokes, Jr. jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Eric  Clayman    on behalf of Joint Debtor Deborah M. Stokes jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Jeffrey E. Jenkins    on behalf of Debtor Herbert  Stokes, Jr. jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Jeffrey E. Jenkins    on behalf of Joint Debtor Deborah M. Stokes jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Joshua I. Goldman    on behalf of Creditor    LSF9 Master Participation Trust
               jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
              Stephanie F. Ritigstein    on behalf of Debtor Herbert  Stokes, Jr. jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Stephanie F. Ritigstein    on behalf of Joint Debtor Deborah M. Stokes jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
                                                                                             TOTAL: 11
```